Andrew S. Brignone, Esq.
Nevada Bar No. 751
abrignone@bhfs.com
Jason S. Jeskey, Esq.
Nevada Bar No. 11168
jjeskey@bhfs.com
**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: (702) 382-2101
Facsimile:  (702) 382-8135

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN; AND THE TRUSTEES OF PLUMBERS AND PIPEFITTERS LOCAL UNION 525 APPRENTICE AND JOURNEYMAN TRAINING TRUST FOR SOUTHERN NEVADA,<br><br>Plaintiffs,<br><br>vs.<br><br>ALL PRO HEATING AND AIR CONDITIONING, INC., a Nevada corporation; and WESTERN INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:08-cv-1226-RLH-GWF<br><br>**ORDER ON APPLICATION FOR DEFAULT JUDGMENT** |

Before the Court is Plaintiffs', the Trustees of the Plumbers and Pipefitters Union Local 525 Health and Welfare Trust and Plan; Trustees of the Plumbers and Pipefitters Union Local 525 Pension Plan; and the Trustees of Plumbers and Pipefitters Local Union 525 Apprentice and

1

Journeyman Training Trust for Southern Nevada (collectively "Trust Funds"), Application for Default Judgment against All Pro Heating and Air Conditioning, Inc. ("All Pro"), default being entered against All Pro, and the Court having reviewed the documents on file in the above entitled matter and being fully advised in the premises:

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that judgment is entered against All Pro in the amount of $73,397.82, representing delinquent contributions, liquidated damages, interest, accounting fees, and attorney's fees and legal costs.

DATED this 6th day of August, 2010.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

_____
Jason S. Jeskey, Esq.
Nevada Bar No. 11168
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

*Attorneys for Plaintiffs*

20136\54\1418074.2

2